```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                    September 17, 2015

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY:      TS      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MONROE,<br><br>        Plaintiff,<br><br>        v.<br><br>J. HIENLEN,<br><br>        Defendant. | No. CV 14-03202-SJO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

      Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the Report.

      IT IS HEREBY ORDERED that:

      1.    The Magistrate Judge's Report and Recommendation is approved and accepted.

      2.    Defendants' motion to dismiss is granted in part as set forth in the Report and Recommendation and the First Amended Complaint is dismissed with leave to amend.

///

3. If Plaintiff wishes to pursue this action in this Court, he is ORDERED to file a Second Amended Complaint within twenty-one (21) days of the date of this Order that corrects the pleading deficiencies identified in the Magistrate Judge's Report and Recommendation. The Second Amended Complaint may not contain any new claims for relief. It must also bear the case number SA CV 14-03202-SJO (DFM), must be a complete and independent document, and must not refer to prior pleadings. Plaintiff is cautioned that failure to file a Second Amended Complaint within the time specified in this Order may result in the dismissal of this action with prejudice on the grounds stated in the Report and Recommendation and/or for failure to prosecute.

Dated: September 17, 2015.

_____
S. JAMES OTERO
United States District Judge