UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MONROE, JR., | No. CV 14-03202-SJO (DFM) |
| Plaintiff, | |
| v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| J. HEINLEN, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendant's motion to dismiss is denied.

///

///

///

3.  Defendant is ordered to file an Answer within fourteen (14) days of the date of this Order.

Dated: May 16, 2016

*S. James Otero*

_____
S. JAMES OTERO
United States District Judge

2